| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Lisa F. Collins-Williams, SBN 176655**<br>**Law Offices of Lisa F. Collins-Williams**<br>**2601 W. Martin Luther King Jr. Blvd**<br>**Los Angeles, CA 90008-2744**<br>**323-290-6650 Fax:  323-924-7129**<br>**lawkeeper@msn.com**<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 27 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** jones    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re:<br><br>**Herbert David Medrano**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:14-bk-14284-RK**<br>CHAPTER: **7**<br><br>**ORDER ☐ GRANTING ☒ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |

**Creditor Holding Lien to be Avoided** (name):    **Citibank South Dakota, N.A.**

The Motion was: ☐ Opposed ☒ Unopposed ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

   a. ☒ There was no opposition and request for hearing.
   b. ☐ Hearing requested and held as indicated in the caption.

3. The real property to which this order applies is as follows:
   a. Street address *(specify)*:  **12816 Stagecoach Lane, Norwalk, CA 90650**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                                                                          Page 1 **F 4003-2.1.AVOID.LIEN.RP.O**

b. Legal description *(specify)*:  ☐ See attached page

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien *(specify)*: **November 3, 2011**
   b. Recorder's instrument number or map/book/page number *(specify)*:  20111493336

5. ☐ Motion granted:
   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)
   b. ☐ The judicial lien is hereby declared void and unenforceable:
      (1) ☐ In its entirety
      (2) ☐ In the following amount *only*: $_____. The balance of $_____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice
   a. ☒ Insufficient notice **(see Failure to comply with FRBP 7004(b)(3) and FRBP 7004(h) below)**
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☒ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h). **Movant failed to properly serve the 2nd and 3rd lienholders, "State Tax Lien" and American Express Bank, respectively, with the motion, notice and supporting documents as required by Local Bankruptcy Rule 9013-1(o) and 4003-2(c)(2), and Federal Rule of Bankruptcy Procedure 7004(b)(3).**
   d. ☒ Insufficient evidence of fair market value. **The lay opinion of Movant, even if he is a licensed real estate agent, is neither admissible nor credible evidence of valuation of the subject property unless there is a detailed explanation and analysis of how he arrived at the valuation based on scientifically accepted principles (i.e., sales comparable analysis) with supporting data, not just his say-so.  Fed. R. Evid. 701; *In re Meeks*, 349 B.R. 19, 22 (Bankr. E.D. Cal. 2006); 2 Russell, Bankruptcy Evidence Manual, Section 701.2 at 845 (2015-2016).  This court generally requires an appraisal by a certified appraiser or a licensed real estate broker or agent in a declaration under penalty of perjury based on an appropriate sales comparable analysis to support a lien avoidance motion under 11 U.S.C. 522(f).**
   e. ☐ Motion is incomplete.
   f. ☒ Other *(specify)*:**Movant has failed to submit admissible and credible evidence establishing the National City Mortgage and State Tax liens (such as copies of trust deeds with recordation data), as well as admissible and credible evidence of the amount of the State Tax Lien.   For evidence of the National City Mortgage and State Tax liens, and the amount of the State Tax Lien, Movant relies on an unauthenticated title report, Fed. R. Evid. 901, that is inadmissible hearsay and not based on personal knowledge, Fed. R. Evid. 602.   See *also* Fed. R. Evid. 802.**

7. ☒ The court further orders as follows *(specify)*:   **The court grants leave to Debtors to file an amended motion which corrects these deficiencies within 60 days of entry of this order.**
   ☐ See attached page

Date: September 27, 2016

_____
Robert Kwan
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2013    Page 2  F 4003-2.1.AVOID.LIEN.RP.O